In the Matter of the Application of GLENN LEARN, Appellant, for a Mandamus Order against JAMES DEVINE, Supervisor, and Others, Constituting the Town Board of the Town of Humphrey, County of Cattaraugus, New York, Respondents. — Order affirmed, with costs, on the ground that the mandamus proceeding is not the proper remedy under the circumstances. We express no opinion as to the validity of the appointment of the incumbent Cleveland, as that question is not pertinent to the decision made. All concur.

BRONISLAWA LAKA, as Administratrix, etc., of FREK LAKA, Sometimes Known as FRANCISZEK MAJ, Deceased, Appellant, v. JAN KRZYSTEK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 235 App. Div. 99.]

CARLO MANGUSO, as Administrator, etc., of CARLO MANGUSO, JR., Deceased, Appellant, v. RUTH STETSON and Another, Respondents.— Judgment affirmed, with costs. All concur.

EVELYN CANTOR, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent. MARGARET CANTOR, as Administratrix, etc., of JACK CANTOR, Deceased, Plaintiff, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concur.

GEORGE WILLIAMS, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

MONROE REFRIGERATING AND OIL HEATING COMPANY, INCORPORATED, Respondent, v. CHARLES E. DICKINSON, Appellant.— Order modified in the exercise of discretion so as to permit the defendant to plead over within ten days upon payment of all costs to date including ten dollars costs and disbursements upon this appeal, and as so modified affirmed. All concur.

W. MARTIN JONES, JR., Appellant, v. FRED D. BUDD, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that the matter stricken out is clearly irrelevant. All concur.

ROMANO DEGLIEQUI, Respondent, v. BROCKWAY MOTOR TRUCK CORPORATION and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, on the ground that the convenience of witnesses requires the action to be tried in Cortland county. All concur.